1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Sean O. Anderson
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California 95389
Telephone: (209) 372-0241

`

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

ANGEL I. TOPETE ,

Defendant.

DOCKET NO. 6:19-mj-00062-JDP

**MOTION TO VACATE REVIEW
HEARING AND TERMINATE
PROBATION; AND ORDER THEREON**

The United States, by and through its representative, Sean O. Anderson, hereby moves the

Court for an Order to Vacate the review hearing currently scheduled in this matter for August 11,

2020, and terminate probation. The Defendant is in agreement with this request. To date,

Defendant has complied with all the terms of unsupervised probation as ordered by this Court on

September 17, 2019.

Dated: August 10, 2020                     /S/ Sean O. Anderson
                                           Sean O. Anderson
                                           Legal Officer
                                           Yosemite National Park, CA

1

1

**ORDER**

2

3

       Upon application of the United States, good cause having been shown therefor, it is

4

hereby ordered that the review hearing scheduled for August 11, 2020 in the above-referenced

5

matter, *United States v. Topete*, 6:19-mj-00062-JDP, be vacated, and probation terminated.

6

IT IS SO ORDERED.

7

8

Dated:    August 10, 2020                                         

UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2